# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| OFFERHUBB.NET,INC., *et al*,<br><br>　　　　　Plantiffs,<br><br>　v.<br><br>FUN CLUB USA, INC., *et al*,<br><br>　　　　　Defendants. | Case No.: 2:14-cv-00190-RFB-GWF<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE GEORGE W. FOLEY** |

　　　　Before the Court for consideration is the Report and Recommendation (ECF No. 26) of the Honorable George W. Foley, United States Magistrate Judge, entered October 15, 2014.

　　　　A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985).

　　　　Pursuant to Local Rule IB 3-2(a), objections were due by October 29, 2014. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's

1 recommendation(s) that (ECF No. 9) Answer of Defendant Fun Club USA, Inc., should be stricken and
2 its default entered based on Defendant's failure to comply with this Court's Order to obtain counsel.
3 Therefore, the Court has determined that Magistrate Judge's Recommendation should be **ACCEPTED**
4 and **ADOPTED** to the extent that it is not inconsistent with this opinion.

5    **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 26) is
6 **ACCEPTED and ADOPTED in full**.

7    **IT IS FURTHER ORDERD** that the Answer of Defendant Fun Club USA, Inc.,[ECF 9] is
8 **stricken** and its default entered based on Defendant's failure to comply with this Court's Order to obtain
9 counsel.

10   **IT IS ORDERED** that the Clerk of Court shall mail a copy of this Findings and
11 Recommendation and Order to Defendant Fun Club USA, Inc., c/o Robert Craddock, 1704 Baron Court,
12 Port Orange, Florida 32128.

13   **The Clerk shall enter judgment accordingly and close case.**

14   **DATED** this 29th day of January, 2015.

_____
**RICHARD F. BOULWARE, II.**
**United States District Court Judge**